UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:   MARY KATHLEEN SCANLON                Case No.  19-72382

           Debtor.                            Chapter 7

## CERTIFICATE OF MAILING

The undersigned Counsel hereby certifies to the Court that true copy of the Statement of Intention filed on June 24, 2019, was mailed on June 24, 2019 to:

Bank of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420

American Honda Finance
Attn: Bankruptcy
201 Little Falls Dr
Wilmington, DE 19808

and will also be electronically served on all other parties who receive ECF notice.

By: **/s/ Timothy V. Anderson**
Timothy V. Anderson, VSB 43803
ANDERSON & ASSOCIATES, PC
Counsel for Debtor

Timothy V. Anderson, VSB 43803
ANDERSON LAW
Counsel for Debtor
2492 North Landing Road, Suite 104
Virginia Beach, Virginia 23456
(757) 301-3636 – tele.
(757) 301-3640 – fax
norfolkattorney@aol.com