**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mary Kathleen Scanlon** | Social Security number or ITIN | **xxx–xx–4770** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter **7   6/21/19** | |
| Case number:   **19–72382–FJS** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Mary Kathleen Scanlon | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 555 E Lake Cir<br>Chesapeake, VA 23322–8318 | | |
| 4. | **Debtor's attorney**<br>Name and address | Timothy V. Anderson<br>Anderson & Associates, P.C.<br>2492 North Landing Road, Suite 104<br>Virginia Beach, VA 23456 | | Contact phone 757–301–3636<br>Email: norfolkattorney@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom C. Smith, Jr.<br>P.O. Box 1506<br>Virginia Beach, VA 23451 | | Contact phone (757) 428–3481<br>Email:  trustee@tomcsmith.com |

For more information, see page 2 >

Debtor **Mary Kathleen Scanlon**                                                                                            Case number **19−72382−FJS**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 757−222−7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: June 24, 2019 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 31, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>   or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  September 30, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

Debtor **Mary Kathleen Scanlon**

Case number **19–72382–FJS**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location. **Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to <u>bankruptcynotices.uscourts.gov</u> or call, toll free: 877–837–3424. Case/docket information available on Internet @ <u>www.vaeb.uscourts.gov</u>*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to <u>www.vaeb.uscourts.gov</u> and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                         Case No. 19-72382-FJS
Mary Kathleen Scanlon                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8        User: halllinda        Page 1 of 2        Date Rcvd: Jun 24, 2019
                           Form ID: 309A           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db              Mary Kathleen Scanlon,    555 E Lake Cir,    Chesapeake, VA  23322-8318
14910717        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    Attn: Bankruptcy,    201 Little Falls Dr,
                Wilmington, DE  19808-1674)
14910718        American Honda Finance,    13856 Ballantyne Corporate Pl,    Charlotte, NC  28277-2711
14910722        Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
14910724        Bank of America, N.A.,    4909 Savarese Cir,    Tampa, FL  33634-2413
14910725        Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
14910728        Capital One Bank,    PO Box 60500,    City of Industry, CA  91716-0500
14910730        Chase Bank USA,    PO Box 6294,    Carol Stream, IL  60197-6294
14910733        +Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
14910737        Glasser and Glasser PLC,    PO Box 3400,    Norfolk, VA  23514-3400
14910739        Jpmcb Card,    PO Box 15298,    Wilmington, DE  19850-5298
14910740        +Merchant's Tire/Service Center Credit Ca,    PO Box 7032,    Sioux Falls, SD 57117-7032
14910741        Midland Credit Management Inc.,    PO Box 301030,    Los Angeles, CA  90030-1030
14910742        +Midland Credit Management Inc,    350 Camino de la Reina Ste 100,    San Diego, CA 92108-3007
14910747        Walter Michael Kurgan,    151 Sunset Blvd,    Cape Charles, VA  23310-2769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: norfolkattorney@aol.com Jun 25 2019 03:26:19      Timothy V. Anderson,
                Anderson & Associates, P.C.,    2492 North Landing Road, Suite 104,    Virginia Beach, VA  23456
tr              +EDI: QTCSMITH.COM Jun 25 2019 07:18:00      Tom C. Smith, Jr.,    P.O. Box 1506,
                Virginia Beach, VA 23451-9506
14910719        EDI: ARSN.COM Jun 25 2019 07:18:00      ARS National Services Inc.,    PO Box 469046,
                Escondido, CA  92046-9046
14910716        +EDI: RMSC.COM Jun 25 2019 07:18:00      Allied Interstate LLC,    PO Box 530949,
                Atlanta, GA 30353-0949
14910723        EDI: BANKAMER.COM Jun 25 2019 07:18:00      Bank of America,    PO Box 982238,
                El Paso, TX  79998-2238
14910720        EDI: BANKAMER.COM Jun 25 2019 07:18:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX  79998-2238
14910721        +EDI: BANKAMER.COM Jun 25 2019 07:18:00      Bank of America,    Attn: Bankruptcy NC4-105-02-77,
                PO Box 26012,    Greensboro, NC 27420-6012
14910726        EDI: CAPITALONE.COM Jun 25 2019 07:18:00      Capital One,    PO Box 30253,
                Salt Lake City, UT  84130-0253
14910727        EDI: CAPITALONE.COM Jun 25 2019 07:18:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
14910729        EDI: CAPITALONE.COM Jun 25 2019 07:18:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City, UT  84130-0281
14910731        EDI: CHASE.COM Jun 25 2019 07:18:00      Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,
                Wilmington, DE  19850-5298
14910732        EDI: WFNNB.COM Jun 25 2019 07:18:00      Comenity Bank,    PO Box 182273,
                Columbus, OH  43218-2273
14910735        EDI: DISCOVER.COM Jun 25 2019 07:18:00      Discover Financial,    Attn: Bankruptcy Department,
                PO Box 15316,    Wilmington, DE  19850-5316
14910734        EDI: DISCOVER.COM Jun 25 2019 07:18:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE  19850-5316
14910736        EDI: FSAE.COM Jun 25 2019 07:18:00      FirstSource Adbantage LLC,    205 Bryant Woods S,
                Amherst, NY  14228-3609
14910738        EDI: HFC.COM Jun 25 2019 07:18:00      HSBC Bank,    PO Box 2013,    Buffalo, NY  14240-2013
14910743        EDI: PRA.COM Jun 25 2019 07:18:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA  23541
14910744        EDI: RMSC.COM Jun 25 2019 07:18:00      Syncb/tjx Cos Dc,    PO Box 965015,
                Orlando, FL  32896-5015
14910745        +EDI: RMSC.COM Jun 25 2019 07:18:00      Synchrony Bank,    PO Box 965033,
                Orlando, FL 32896-5033
14910746        EDI: RMSC.COM Jun 25 2019 07:18:00      Synchrony Bank/Tjx,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL  32896-5060
                                                                            TOTAL: 20

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-8        User: halllinda        Page 2 of 2          Date Rcvd: Jun 24, 2019
                           Form ID: 309A           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2019 at the address(es) listed below:
          John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
          Timothy V. Anderson    on behalf of Debtor Mary Kathleen Scanlon norfolkattorney@aol.com,
          rmyers@virginialawoffice.com;r48660@notify.bestcase.com;G65728@notify.cincompass.com
          Tom C. Smith, Jr.    trustee@tomcsmith.com,  tcsmith@ecf.axosfs.com
                                                                              TOTAL: 3
```